## STATEMENT OF FACTS

1.      Leading up to Thursday April 10, 2025, an FBI WFO TFO was acting in an undercover (UC) capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C.  In that capacity, the UC entered an adult pornography forum website that he was previously a member and has an internal email within the site. Different areas of this site are known to the UC as a place where people meet, discuss and trade original images of underage children, links containing child pornography, and videos among other things. The UC has been a member of this site for over a year.

2.      The UC posted a personal advertisement that read, "Any other dads have cams in house? Or any other younger dads get to play or use daughters things. Pm me if real."  A user using the screen name, "Ulphednar" subsequently, identified as the subject, James Davis initiated a private email chat with the UC within the website. Davis stated, "you like daughter stuff? Im willing to chat." During the course of the chat Davis informed the UC that he was the ▮▮▮▮ of a ▮▮▮▮▮▮▮▮▮ and asked the UC if he had any images to trade, meaning sexually explicit images of the UC and subject's respective ▮▮▮▮▮▮. During the course of the email chat Davis referred to his ▮▮▮▮▮▮▮▮▮▮▮▮ stating, "Same I had her hand caressing me and I came on her feet wanna email off this?"



3.      During the course of the chat Davis provided his KIK[1] account screen name, "Ulphednar" and began communicating with the UC via KIK private messenger. During the course of the chat Davis introduced himself as James, a 35-year-old male residing in Oregon with his ▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Davis stated that he has been the child's ▮▮▮▮▮▮ since she was ▮▮▮▮▮▮▮▮. During the course of the chat Davis informed the UC that he has been having sexual contact and photographing his ▮▮▮▮▮▮ since she was ▮▮▮▮▮▮▮▮▮▮. Davis described the first sexual contact with his ▮▮▮▮▮▮▮▮ as follows, "She was ▮▮ and had a cold so I gave her like three caps of squid[2] and she was out like a light and had her butt naked on the bed."  Davis continued, "I sucked her pussy and rubbed it with my dick and came on her belly."

4.      During the course of the chat Davis provided the UC two incidents in which he was caught by his ▮▮▮▮▮▮▮ while engaging in or attempting to engage in sexual contact with her. The first incident according to Davis occurred 3 months ago. Davis stated that he took a photo of his ▮▮▮▮▮▮▮ buttocks and thought she was asleep but she woke up and called him a weirdo. The second incident Davis described as follows, "Got mine to like velvet every now and then we take long car rides she'll let me rub her kitty[3] with my finger I went under her shirt one time and cupped her void and she freaked out on me haven't been able to touch her kitty since."

5.      During the course of the chat Davis asked to trade images of his ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ with the UC in exchange for the UC's purported daughter. Davis sent the UC four

---

[1] Kik is a messaging application that allows users to engage in group and direct messaging.
[2] Based on the communications with the subject, it appears that
[3] "Kitty" is a commonly used term to refer to a vagina.

images depicting his ███████████ sitting on a couch wearing loose shorts with her legs spread. The focus of the images are on the girl's vagina, which was clothed. Davis also sent the UC a non-explicit image of his ████████████, who appears to be a █████████, with her face visible sitting in the passenger side of a vehicle. Pieces of paper are visible above the visor of the vehicle. The UC asked Davis to send him a live image of that same vehicle to prove that the child was one that he had access to and not an image from the internet. Davis complied and sent the UC a live video of the passenger side of the vehicle which visually matched the photo sent by Davis.

6.      During the course of the chat Davis stated that he recently deleted numerous videos and images of his ████████████ after he got caught by her taking a picture of her buttocks. Davis sent an additional image of his ████████████. The image depicts a male placing his thumb on the bare buttocks of a female with her bare vagina exposed. The focus of the image is on the bare vagina. The vagina depicted in the image does not have any pubic hair, which may indicate it depicts a pre-pubescent child. The subject stated the image depicted his ████████████ and indicated it was an "old" image of her.

7.      Davis informed the UC that he plans to provide sleeping medication to his ████ and ████████ this weekend so he can take additional illicit images of his ████████. The UC informed Davis that he was the father of a purported 6-year-old daughter. The UC informed Davis that he would have access to his child in a week. Davis requested that the UC sent him an image of her "Kitty" and chest. The chats between the UC and Davis started on Thursday April 10, 2025, through April 11, 2025, and are currently on-going. Throughout the course of the chats, the UC was located in the District of Columbia.

8.      On April 11, 2025, FBI Washington Field Office served an Emergency Disclosure Request (EDR) to Kik in connection with user ulphednar. On that same day, Kik responded and provided a registration email address, way██████████@gmail.com.

9.      On April 11, 2025, FBI Washington Field Office served an administrative subpoena request on Google in connection with email address: way██████████@gmail.com. On that same day, Google responded and provided Comcast IP address 2601:603:177f:33b0:5d61:34db:34:24bf.

10.      On April 11, 2025, FBI's Washington Field Office served an EDR to Comcast in connection with 2601:603:177f:33b0:5d61:34db:34:24bf. The Google email address associated with the subject's Kik account used this IP address to access the Google account on three separate occasions on March 9, 2025.. On that same day Comcast provided the following subscriber information : James Davis, ████ North 12th Street, Lewis McCord, WA 98433. Using commercial databases, the user of Kik account ulphednar was tentatively  identified as James Davis, DOB: 02/13/████..

11.      Davis is a member of the United States Army. A member of the Army's Criminal Investigations Division (CID) provided your affiant with a photograph of Davis's ████████████.

Your affiant compared the photograph provided by the CID member with the above-referenced photograph provided by Davis depicting his ███████ while she was seated in a vehicle with her face visible. The child depicted in the photograph provided by Army CID is visually similar to the child depicted in the image Davis sent the UC.

**CONCLUSION**

Based on the foregoing, there is probable cause to believe that James Davis, DOB 02/13/███, has committed the offenses of Distribution of Child Pornography, in violation of 18 U.S.C. 2252(a)(2) and Sexual Exploitation of a Child, in violation of 18 U.S.C. 2251(a).

_____

Timothy Palchak
Senior Police Officer
Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on April 11, 2025

_____

HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE